# EXHIBIT A

| Sculpture | Auction Information |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010<br>Lot #103<br>(1 of 9) |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | | |
|---|---|---|
|  | | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |
|  | Sale # 2300<br>Indian and Southeast Asian Art<br>Christie's New York<br>23 March 2010 |

| | |
|---|---|
|  | "An Dalu" by Ravinder Reddy (2000)<br><br>Sale # 10247<br>South Asian Modern + Contemporary Art<br>Christie's London<br>June 10, 2015 |