JENNER & BLOCK LLP
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

*Counsel for the Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., *et al.*<br><br>Plaintiff,<br><br>v.<br><br>NIRAV DEEPAK MODI, AMI MODI, DEEPAK MODI, MIHIR BHANSALI, PURVI MEHTA, FIRESTAR HOLDINGS LIMITED, SYNERGIES CORPORATION, AVD TRADING, INC., NIRAV MODI, INC., FIRESTAR DIAMOND INTERNATIONAL, INC., FIRESTAR GROUP, INC.<br><br>Defendants. | Adv. Proc. No. 19-1103 (SHL) |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on December 23, 2019, the Bankruptcy Court entered an order [Dkt. 1340], under section 105(a) of title 11 of the United States Code and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, granting the Trustee's *Motion for an Order Approving Settlement of Adversary Proceeding Claims* [Dkt. 1298] (the "**Motion**") and approving the settlement set forth in the settlement agreement attached to the Motion as Exhibit B (the "**Settlement Agreement**"), by and among Richard Levin, not individually but solely in his capacity as chapter 11 trustee of the above-captioned debtors; Ami Javeri, f/k/a Ami Modi; and Nirav D. Modi.

WHEREAS, each condition precedent to the Effective Date of the Settlement Agreement was satisfied as of January 7, 2020.

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the above-captioned adversary proceeding is dismissed with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

*(Signature page follows)*

Dated: January 17, 2020
New York, New York

**SO STIPULATED AND AGREED:**

RICHARD LEVIN, CHAPTER 11 TRUSTEE    AMI JAVERI, F/K/A AMI MODI
NIRAV D. MODI

By: _/s/ Marc Hankin_    By: _/s/ Daniel S. Ruzumna_

**JENNER & BLOCK LLP**
Marc Hankin
Carl Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
mhankin@jenner.com
cwedoff@jenner.com

Angela Allen (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

*Counsel for the Chapter 11 Trustee*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Daniel S. Ruzumna
Jeffrey C. Skinner
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
druzumna@pbwt.com
jskinner@pbwt.com

*Counsel for Ami Javeri & Nirav Modi*

2